# Exhibit 1

| Ref | Subscribers | Channel Name | Infringement URL | Original Source | Registration Status | Title of Work | PA Registration | Author | CMI Claim | Statutory Damages |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=IFrVDD5U9_I | https://www.youtube.com/watch?v=RkPCfQqiKe8 | Registered | My BEST Tornado Video Of All Time.. (Lincoln Nebraska) | PA 2-486-256 | Nick Gorman | No | Yes |
| 2 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=_XIaZndzPzU | https://www.youtube.com/watch?v=BFXN3X4e5sE | Registered | THE MOST INCREDIBLE TORNADO VIDEO EVER CAPTURED | PA 2-376-733 | Reed Timmer | No | Yes |
| 3 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=_XIaZndzPzU | https://x.com/MyRadarWX/status/1793070603609448551 | Registered | Wind turbines destroyed by Iowa Tornado. | PA 2-479-404 | Jordan Hall | No | Yes |
| 4 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=_XIaZndzPzU | https://www.youtube.com/watch?v=60mYMIU0mFQ | Registered | INCREDIBLE Close Range Tornado in Iowa - May 21, 2024 | PA 2-495-843 | Max Olson | Yes | No |
| 5 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=iQCYutqGqxs | https://www.instagram.com/p/C6UJ-5Qr_Vv/ | Registered | A strong #tornado hit Sulphur, Oklahoma last night causing damage | PA 2-495-531 | Jordan Hall | Yes | No |
| 6 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=IFrVDD5U9_I | https://www.youtube.com/watch?v=dWZqwFNN08E | Registered | I Got Right Next To This Monster Tornado | PA 2-496-269 | Freddy McKinney | Yes | No |
| 7 | 1.75 Million | 7 News Australia | Claim Is No Longer Being Pursued | | | | | | | N/A |
| 8 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=iQCYutqGqxs | https://www.youtube.com/watch?v=WpiNooErqKg | Registered | 4-28-2024 Sulphur, OK-Catastrophic tornado damage to downtown. | PA 2-480-751 | Brandon Clement | Yes | Yes |
| 9 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=D5l9DjED-FY | https://www.youtube.com/watch?v=60mYMIU0mFQ | Registered | INCREDIBLE Close Range Tornado in Iowa - May 21, 2024 | PA 2-495-843 | Max Olson | No | No |
| 10 | 1.75 Million | 7 News Australia | https://www.youtube.com/watch?v=D5l9DjED-FY | https://www.youtube.com/watch?v=BFXN3X4e5sE | Registered | THE MOST INCREDIBLE TORNADO VIDEO EVER CAPTURED | PA 2-376-733 | Reed Timmer | No | Yes |